12-14-00040-CR
Twelfth Court of Appeals
Tyler, Texas
3/3/2015 12:15pm
Lawrence Walker
Pro Se Defendant

Cause No. 12-14-00040-CR

| | | |
|---|---|---|
| Lawrence Kelvin WALKER, JR. | § § § | In The |
| Vs. | § § | Twelfth Court |
| The State of Texas | § | Of Appeals |

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR - 9 2015
elkm

TYLER TEXAS
CATHY S. LUSK, CLERK

## Motion To Extend Time

To The Honorable Justices Of Said Court:

Now comes Appellant in the above styled & numbered cause, & moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 (d) complying with Rule 10.5 (b) of the Texas Rules of Appellant Procedure, & for good cause shows the following:

1. This case is on appeal from the 114th Judicial District Court of Smith County, Texas.

2. The case below was styled State v. Lawrence Kelvin Walker Jr. and numbered 114-1268-13.

3. Appellant was convicted of Indecency w/ child Sexual Contact.

4. Appellant was assessed a sentence of twenty (20) years confinement in the Texas Department of Criminal Justice - Institutional Division.

5. Notice of Appeal was given on Febuary 4, 2014.

6. Appellant's Pro Se Brief was due on January 5, 2014. Counsel request the Court an extension of at least sixty (60) days from January 5, 2015.

7. Appellant request a recalculation of time due to the following facts & circumstances
A) On January 16, 2015, this court remanded the case for a hearing to the 114th District Court on the issue of length of time to file a Pro Se Response to Brief. The appellant needed time because Smith County Jail did not supply the law library enough for appellant to file a brief. The appellant explained to the judge that, The Appellant stated that he needed more than what Judge Kennedy offered, & saw fit because he needed

a full & complete law library that was ~~accessible~~ accessible. Which Smith County did not provide much of ~~any~~ either. The Appellant asked the judge to provide more time for when He could access TDCJ law library. Judge Kennedy stated the time She offered would be enough. B) The Appellant did not get to TDCJ until around February 4 or 5 of 2015, which then stayed in transient until February 17, 2015 when appellant arrived to Smith Unit. Being in transient the appellant wasn't able to go to the law library. C) The appellant first time in the law library is March 3, 2015 (today). This is not enough time to file the appellants brief, which Judge Kennedy said would be. D) This Court sent me a notification on February 4, 2015 deciding to PASS my motion to Recalculate Deadlines until reciept of supplemental clerk's record & findings of fact. The Appellant didn't recieve ~~this~~ notification until February 27, 2015. E) This Court also sent another notification stating, "Upon review of the record from the hearing held on January 26, 2015, this Court hereby adopts the findings of fact & recommendation entered by the trial court. Therefore, the appellant's pro se brief is due to be filed on or before March 9, 2015." The appellant didn't recieve this notice until March 3, 2015 (today), which is the appellant's first time being able to go to the law library due to transient circumstances & scheduling. Which leaves the Appellant 6 days including weekends, which TDCJ doesn't supply law library on weekends, so technically 4 days. F) The recommendation by Judge Kennedy is not a fair amount of time due to transient procedure & time wasted in Smith County being without law library access (full & complete, also availibility). The appellant is asking for at least thirty (30) days to (60) sixty days extension of time to view Rules, Guides, & laws on how to present brief & grounds. The appellant is an Pro Se Defendant,

& prays that this Court allows/grants this Motion to Extend Time to File Appellant's Pro Se Breif, because the Pro Se Defendant doesn't know much of the Rules & Grounds. So, the appellant hopes to have fair time & knowledge on presenting the appellant's brief.

9. Once again the appellant prays that this court grant this motion to Extend Time to File Appellant's Pro Se Breif for a period of thirty (30) to sixty (60) days from today (March 3, 2015), & for such other & further relief as the Court may deem appropiate.

Respectfully submitted,

Pro Se Defendant: Lawrence Kelvin Walker Jr.
Preston E. Smith Unit
1313 County Road 19
Lamesa, Texas 79331

By: Lawrence K. Walker Jr.
Lawrence K. Walker Jr.
Pro Se Defendant/Appellant.

## Certificate Of Service

This is to certify that on ~~Febuary~~ March 4, 2015, a true & correct copy of the above & foregoing document was served on Michael West, Smith County District Attorney's Office, 100 North Broadway, Tyler, Texas 75702, by regular mail.

*Lawrence K. Walker Jr.*
Lawrence K. Walker Jr.